**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy      06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Southern Clearing & Grinding, Inc** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-8296087** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **7901 4th St N, Ste 300** **Saint Petersburg, FL 33702** Number, Street, City, State & ZIP Code | **1820 NE Jensen Beach Blvd, PMB 601** **Jensen Beach, FL 34957** P.O. Box, Number, Street, City, State & ZIP Code |
| **Pinellas** County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.southernclearing.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Southern Clearing & Grinding, Inc**                            Case number (*if known*) _____
      Name

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    <u>1623</u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| District | **Middle District of Georgia** | When | **12/10/20** | Case number | **20-51567** |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | Southern Clearing & Grinding, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor   **Southern Clearing & Grinding, Inc**                                    Case number (*if known*) _____
_____
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Southern Clearing & Grinding, Inc** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 21, 2023**
MM / DD / YYYY

**X** **/s/ Shane Dinkins**                    **Shane Dinkins**
Signature of authorized representative of debtor        Printed name

Title    **President**

---

**18. Signature of attorney**

**X** **/s/ Jeffrey S. Ainsworth**            Date **April 21, 2023**
Signature of attorney for debtor                    MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone    **407 894 6834**        Email address    **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 21, 2023**          X **/s/ Shane Dinkins**
                                           Signature of individual signing on behalf of debtor

                                           **Shane Dinkins**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Southern Clearing & Grinding, Inc** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express Becket and Lee Po Box 3001 Malvern, PA 19355-0701 | | credit card | | | | $50,718.97 |
| Ascentium Capital LLC 23970 Hwy 59 N Kingwood, TX 77339 | | merchant cash advance | Contingent Unliquidated Disputed | | | $35,053.65 |
| Bandit Industries, inc. Eric Sanko 6750 Millbrook Road Remus, MI 49340 | | account payable | | | | $27,153.58 |
| Border Equipment G J & L, Inc. 2804 Wylds Road Augusta, GA 30909 | | account payable | | | | $16,223.15 |
| Channel Partners Capital LLC Attn. Jill Fleck Manager 11100 Wayzata Blvd Ste 305 Hopkins, MN 55305-5537 | | merchant cash advance | Contingent Unliquidated Disputed | | | $173,400.00 |
| Dame Law Amy K. Weber, Esq. 1867 Independence Square Square 201 Atlanta, GA 30338 | | legal services | | | | $18,194.42 |

| Debtor | **Southern Clearing & Grinding, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EBF Partners, LLC d/a/a Everest Business Fund 8200 N.W. 52nd Terrace Suite 200 Miami, FL 33166** | | **merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$20,868.00** |
| **Gay Oil Company, Inc. The Tillery Firm, P.C. 404 Durden Street Vidalia, GA 30474** | | **account payable** | | | | **$17,459.64** |
| **Great Lakes Petroleum Co. 4500 Renaissance Pkwy Cleveland, OH 44128** | | **account payable** | | | | **$24,808.70** |
| **Mack Salter d/b/a CHS Enterprises 100 Success Drive Thomaston, GA 30286** | | **Tree services** | **Disputed** | | | **$177,885.55** |
| **McGriff Insurance Services c/o Truist Bankruptcy Sect PO Box 1847, 100-50-01-51 Wilson, NC 27894** | | **account payable** | | | | **$18,984.55** |
| **North Mill Credit Trust c/o NMEF Funding III, LLC PO Box 784752 Philadelphia, PA 19178** | | **equipment finance agreement** | | | | **$38,796.35** |
| **On Deck Capital, Inc. On Deck Client Serv Center 4201 Wilson Blvd Ste 110-209 Arlington, VA 22203** | | **Merchant cash advance** | **Contingent Unliquidated Disputed** | | | **$63,165.00** |
| **On Deck Capital, Inc. On Deck Client Serv Center 4201 Wilson Blvd Ste 110-209 Arlington, VA 22203** | | **line of credit** | | | | **$29,362.00** |

| Debtor | **Southern Clearing & Grinding, Inc** | | Case number *(if known)* | |
|--------|----------------------------------------|--|---------------------------|--|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Richardson Service 1991 PO Box 1149 Conway, SC 29528 | | account payable | | | | $28,804.72 |
| Sunbelt Rentals Inc. 1275 W Mound Street Columbus, OH 43223 | | equipment rental | | | | $40,569.49 |
| Synovus Bank Larry Strain 125 West Romana Street Pensacola, FL 32502 | | line of credit | | | | $45,986.87 |
| Triple H Transport Inc. c/o Roy E Manoll III 2500 Daniell's Bridge Rd Bldg 200 #3A Athens, GA 30606 | | account payable | | | | $71,175.00 |
| U.S. Small Business Admin US SBA Denver Finance Center 721 19th Street Denver, CO 80202 | | business loan | | | | $131,505.44 |
| Wex Bank c/o J. David Stuart, Esq. 1825 Barrett Lakes Blvd Suite 500 Kennesaw, GA 30144 | | Merchant cash advance | Contingent Unliquidated Disputed | | | $57,845.68 |

**Fill in this information to identify the case:**

Debtor name     **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF FLORIDA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

> 1a. **Real property:**
> Copy line 88 from *Schedule A/B*........................................................................................ $ _____0.00

> 1b. **Total personal property:**
> Copy line 91A from *Schedule A/B*.................................................................................... $ _____4,205,593.26

> 1c. **Total of all property:**
> Copy line 92 from *Schedule A/B*...................................................................................... $ _____4,205,593.26

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $ _____2,994,415.23

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

> 3a. **Total claim amounts of priority unsecured claims:**
> Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____0.00

> 3b. **Total amount of claims of nonpriority amount of unsecured claims:**
> Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............... +$ _____1,217,668.58

4.  Total liabilities .............................................................................................................
    Lines 2 + 3a + 3b                                                                                    $ _____4,212,083.81

**Fill in this information to identify the case:**

Debtor name    **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Synovus** | **Checking Account** | **1617** | $50.26 |
| 3.2. | **Synovus** | **Checking Account** | **1344** | $0.00 |
| 3.3. | **Synovus** | **Checking Account** | **3076** | $0.00 |
| 3.4. | **Seacoast** | **Checking Account** | **7346** | $65,802.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $65,852.26

**Part 2:    Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

   ☑ No.  Go to Part 3.
   ☐ Yes Fill in the information below.

Debtor    **Southern Clearing & Grinding, Inc**                           Case number *(If known)* _____
          Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **19,000.00**    -    **0.00**    = ....    **$19,000.00**
                                    face amount              doubtful or uncollectible accounts


11b. Over 90 days old:    **582,021.00**    -    **114,730.00**    =....    **$467,291.00**
                                face amount              doubtful or uncollectible accounts


12.    **Total of Part 3.**                                                    **$486,291.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Office equipment** | **$0.00** | | **$2,500.00** |

Debtor    **Southern Clearing & Grinding, Inc**                    Case number *(If known)* _____
          Name

42.   **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                    | **$2,500.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| **General description** Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Equipment, machinery and vehicles (see attached appraisal)** | $0.00 | | $3,174,250.00 |
| **2013 Wheel Jarraff  Mechanical Tree Trimmer** | $0.00 | | $85,000.00 |
| **Denis-Cimaf DAF1 Mulcher** | $0.00 | | $32,700.00 |
| **ASV RS 120 Compact Track Loader Forestry UNIT SN#ASRVT120AKDF0AKDF01448 with 74" Bucket & Denis CIMAF  DAF 180D Mulching Head SN#1804FB610** | | | |
| **2-201 PITTS LT40-8L Log Trailers and 1 ASV RT120 Compact Track Loader Forestry Unit with Fecon BH074 Mulcher Head SN#4012479** | $0.00 | | $234,000.00 |

51.   **Total of Part 8.**                                                    | **$3,525,950.00** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ■ No
      ☐ Yes

Debtor **Southern Clearing & Grinding, Inc**        Case number *(If known)* _____
     Name

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 9:**   **Real property**

54. **Does the debtor own or lease any real property?**

    ■ No. Go to Part 10.
    ☐ Yes Fill in the information below.

---

**Part 10:**   **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** **scgincorporated.com** **southernclearing.com** **southernclearingandgrinding.com** | **$0.00** | | **$0.00** |

62.   **Licenses, franchises, and royalties**

63.   **Customer lists, mailing lists, or other compilations**

64.   **Other intangibles, or intellectual property**

65.   **Goodwill**

66.   **Total of Part 10.**                                       **$0.00**
    Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
    ■ No
    ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
    ■ No
    ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ■ Yes Fill in the information below.

| | |
|---|---|
| Debtor **Southern Clearing & Grinding, Inc** | Case number *(If known)* _____ |
| Name | |

|  | **Current value of debtor's interest** |
|---|---|

**71.** Notes receivable
Description (include name of obligor)

**72.** Tax refunds and unused net operating losses (NOLs)
Description (for example, federal, state, local)

| **$946,914.00** | Tax year **2020** | **$125,000.00** |
|---|---|---|

**73.** Interests in insurance policies or annuities
**Keyman policy insuring Shane Dinkins required by Synovus/SBA** — **$0.00**

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)
**Potential collection action against Sunland Construction Inc.** — **Unknown**

| Nature of claim | **Breach of contract** |
|---|---|
| Amount requested | **$0.00** |

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed *Examples:* Season tickets, country club membership

**78.** Total of Part 11.
Add lines 71 through 77. Copy the total to line 90.

| **$125,000.00** |
|---|

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☒ No
☐ Yes

Debtor    **Southern Clearing & Grinding, Inc**                     Case number *(if known)* _____
          Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $65,852.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $486,291.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $3,525,950.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $125,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $4,205,593.26 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92          $4,205,593.26

| Fill in this information to identify the case: |
|---|

Debtor name   **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

  ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☑ Yes. Fill in all of the information below.

**Part 1:**   **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1**  **John Deere Financial** <br> Creditor's Name <br><br> **JD1025** <br> **PO Box 6600** <br> **Johnston, IA 50131-6600** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br><br> **Last 4 digits of account number** | Describe debtor's property that is subject to a lien <br> **Denis-Cimaf DAF1 Mulcher** <br><br><br> Describe the lien <br> **UCC-1** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $10,302.23 | $32,700.00 |
| **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | |
| **2.2**  **North Mill Credit Trust** <br> Creditor's Name <br><br> **81 Throckmorton Avenue** <br> **Ste 203** <br> **Mill Valley, CA 94941** <br> Creditor's mailing address <br><br><br> Creditor's email address, if known <br><br> **Date debt was incurred** <br><br><br> **Last 4 digits of account number** | Describe debtor's property that is subject to a lien <br> **2013 Wheel Jarraff  Mechanical Tree Trimmer** <br><br><br> Describe the lien <br> **UCC-1** <br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br> **Is anyone else liable on this claim?** <br> ☐ No <br> ☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $43,599.00 | $85,000.00 |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is: <br> Check all that apply | | |

Debtor **Southern Clearing & Grinding, Inc**                          Case number (if known) _____
_____
Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **PNC Bank** | Describe debtor's property that is subject to a lien | $117,090.00 | $234,000.00 |

Creditor's Name

**ASV RS 120 Compact Track Loader Forestry UNIT SN#ASRVT120AKDF0AKDF01448 with 74" Bucket & Denis CIMAF  DAF 180D Mulching Head SN#1804FB610**

**2-201 PITTS LT40-8L Log Trailers and 1 ASV RT120 Compact Track Loader Forestry Unit with Fecon BH0**

**655 Business Center Drive
Horsham, PA 19044**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/2020**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Synovus Bank** | Describe debtor's property that is subject to a lien | $2,713,300.00 | $3,174,250.00 |

Creditor's Name

**125 W. Romana Street
Bessemer, AL 35020**

Creditor's mailing address

**Equipment, machinery and vehicles (see attached appraisal)**

**Describe the lien**
**SBA Loan UCC**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/2019**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Synovus Bank
2. Upson County Tax Comm.**

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Upson County Tax Comm.** | Describe debtor's property that is subject to a lien | $110,124.00 | $3,174,250.00 |

Debtor    **Southern Clearing & Grinding, Inc**                    Case number (if known) _____
               Name

| | |
|---|---|
| Creditor's Name | **Equipment, machinery and vehicles (see attached appraisal)** |
| **Andy Chastain** | |
| **106 E Lee Street** | |
| **Thomaston, GA 30286** | |
| Creditor's mailing address | |
| | Describe the lien |
| | **Property Tax** |
| | Is the creditor an insider or related party? |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | Is anyone else liable on this claim? |
| | ■ No |
| **Date debt was incurred** | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **2017 to 2020** | |
| **Last 4 digits of account number** | |
| **0032** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |
| **Specified on line 2.4** | |

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,994,415.23 |
|---|---|

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**AAA**
**7810 North Main Street**
**Jonesboro, GA 30236**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,968.75**

---

**3.2** | Nonpriority creditor's name and mailing address
**American Express**
**Becket and Lee**
**Po Box 3001**
**Malvern, PA 19355-0701**

Date(s) debt was incurred _
Last 4 digits of account number  **3003**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

**$50,718.97**

---

**3.3** | Nonpriority creditor's name and mailing address
**Amerisure**
**26777 Halsted Road**
**Farmington, MI 48331-3586**

Date(s) debt was incurred _
Last 4 digits of account number  **551N**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No  ☐ Yes

**$13,458.70**

---

**3.4** | Nonpriority creditor's name and mailing address
**Ascentium Capital LLC**
**23970 Hwy 59 N**
**Kingwood, TX 77339**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **merchant cash advance**

Is the claim subject to offset? ■ No  ☐ Yes

**$35,053.65**

| Debtor | Southern Clearing & Grinding, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address**
Bandit Industries, inc.
Eric Sanko
6750 Millbrook Road
Remus, MI 49340

Date(s) debt was incurred _

Last 4 digits of account number  **SOUTHERNC**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$27,153.58**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  account payable

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address**
Barco Rent-A-Truck
717 S 5600 W
Salt Lake City, UT 84104

Date(s) debt was incurred _

Last 4 digits of account number  **2172**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$15,000.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  account payable

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address**
Border Equipment
G J & L, Inc.
2804 Wylds Road
Augusta, GA 30909

Date(s) debt was incurred _

Last 4 digits of account number  **U109**

**As of the petition filing date, the claim is:** *Check all that apply.*   **$16,223.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  account payable

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address**
Channel Partners Capital LLC
Attn. Jill Fleck Manager
11100 Wayzata Blvd Ste 305
Hopkins, MN 55305-5537

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$173,400.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  merchant cash advance

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address**
Dame Law
Amy K. Weber, Esq.
1867 Independence Square
Square 201
Atlanta, GA 30338

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$18,194.42**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  legal services

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address**
EBF Partners, LLC
d/a/a Everest Business Fund
8200 N.W. 52nd Terrace
Suite 200
Miami, FL 33166

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$20,868.00**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  merchant cash advance

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address**
Everday Funding Group, LLC
821 Franklin Avenue
2nd Floor
Garden City, NY 11530

Date(s) debt was incurred _

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*   **$848.71**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  merchant cash advance

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Southern Clearing & Grinding, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**FAE USA Inc**
**Giorgio Carera, CEO**
**5321 Rafe Banks Dr.**
**Flowery Branch, GA 30542**

Date(s) debt was incurred _

Last 4 digits of account number **1819**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __account payable__

Is the claim subject to offset? ■ No ☐ Yes

**$9,429.68**

---

**3.13** | Nonpriority creditor's name and mailing address

**Fastenal Company**
**2001 Theurer Blvd.**
**Winona, MN 55987**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$1,088.39**

---

**3.14** | Nonpriority creditor's name and mailing address

**Gay Oil Company, Inc.**
**The Tillery Firm, P.C.**
**404 Durden Street**
**Vidalia, GA 30474**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __account payable__

Is the claim subject to offset? ■ No ☐ Yes

**$17,459.64**

---

**3.15** | Nonpriority creditor's name and mailing address

**Gish Oil Company**
**PO Box 158**
**Valdosta, GA 31603**

Date(s) debt was incurred _

Last 4 digits of account number **SOU**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __account payable__

Is the claim subject to offset? ■ No ☐ Yes

**$5,670.15**

---

**3.16** | Nonpriority creditor's name and mailing address

**Great Lakes Petroleum Co.**
**4500 Renaissance Pkwy**
**Cleveland, OH 44128**

Date(s) debt was incurred _

Last 4 digits of account number **7120**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __account payable__

Is the claim subject to offset? ■ No ☐ Yes

**$24,808.70**

---

**3.17** | Nonpriority creditor's name and mailing address

**Ham's NAPA**
**PO Box 1155**
**Forsyth, GA 31029**

Date(s) debt was incurred _

Last 4 digits of account number **8911**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __account payable__

Is the claim subject to offset? ■ No ☐ Yes

**$6,641.16**

---

**3.18** | Nonpriority creditor's name and mailing address

**Imperial Advance**
**247 W 36th Street**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __merchant cash advance__

Is the claim subject to offset? ■ No ☐ Yes

**$4,486.00**

---

| Debtor | **Southern Clearing & Grinding, Inc** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,705.59 |
|---|---|---|---|

**J & R Tire, Inc.**
**360 Bohannon Rd.**
**Fairburn, GA 30213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,607.13 |
|---|---|---|---|

**JB Harris Transport LLC**
**PO Box 73409**
**Newnan, GA 30271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  account payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Garcia**
**c/o Robert S. Register, Esq**
**4200 Northside Parkway,  NW**
**Bldg 1, Ste 100**
**Atlanta, GA 30327**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $177,885.55 |
|---|---|---|---|

**Mack Salter**
**d/b/a CHS Enterprises**
**100 Success Drive**
**Thomaston, GA 30286**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim:  Tree services

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,984.55 |
|---|---|---|---|

**McGriff Insurance Services**
**c/o Truist Bankruptcy Sect**
**PO Box 1847, 100-50-01-51**
**Wilson, NC 27894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  account payable

Last 4 digits of account number  5780;hCLE

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,681.00 |
|---|---|---|---|

**NextTraq LLC**
**1200 Lake Hern Drive**
**Suite 500**
**Atlanta, GA 30319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  account payable

Last 4 digits of account number  2846

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $38,796.35 |
|---|---|---|---|

**North Mill Credit Trust**
**c/o NMEF Funding III, LLC**
**PO Box 784752**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  equipment finance agreement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Southern Clearing & Grinding, Inc | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address

**On Deck Capital, Inc.**
**On Deck Client Serv Center**
**4201 Wilson Blvd**
**Ste 110-209**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number  **4509**

As of the petition filing date, the claim is: *Check all that apply.*          **$63,165.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Merchant cash advance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address

**On Deck Capital, Inc.**
**On Deck Client Serv Center**
**4201 Wilson Blvd**
**Ste 110-209**
**Arlington, VA 22203**

Date(s) debt was incurred _

Last 4 digits of account number  **8811**

As of the petition filing date, the claim is: *Check all that apply.*          **$29,362.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **line of credit**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address

**ProGrind Industries**
**3665 Old Dalton Rd NE**
**Rome, GA 30165**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$10,276.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address

**Quality Saw Works Inc.**
**PO Box 156**
**Milan, GA 31060**

Date(s) debt was incurred _

Last 4 digits of account number  **0009**

As of the petition filing date, the claim is: *Check all that apply.*          **$2,308.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address

**Richardson Service 1991**
**PO Box 1149**
**Conway, SC 29528**

Date(s) debt was incurred _

Last 4 digits of account number  **H015**

As of the petition filing date, the claim is: *Check all that apply.*          **$28,804.72**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **account payable**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address

**Smith, Adcock & Co Atlanta**
**6120 Powers Ferry Rd. NW**
**Suite 250**
**Atlanta, GA 30339**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **$3,710.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **accounting services rendered**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address

**Sunbelt Rentals Inc.**
**1275 W Mound Street**
**Columbus, OH 43223**

Date(s) debt was incurred _

Last 4 digits of account number  **6121**

As of the petition filing date, the claim is: *Check all that apply.*          **$40,569.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **equipment rental**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Southern Clearing & Grinding, Inc** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$45,986.87** |
|---|---|---|---|
| | **Synovus Bank**<br>**Larry Strain**<br>**125 West Romana Street**<br>**Pensacola, FL 32502** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** line of credit | |
| | Last 4 digits of account number **4113** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36.98** |
|---|---|---|---|
| | **Thompson Oil**<br>**PO Box 981**<br>**Washington, GA 30673** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** account payable | |
| | Last 4 digits of account number **2006** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$71,175.00** |
|---|---|---|---|
| | **Triple H Transport Inc.**<br>**c/o Roy E Manoll III**<br>**2500 Daniell's Bridge Rd**<br>**Bldg 200 #3A**<br>**Athens, GA 30606** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** account payable | |
| | Last 4 digits of account number **UC02** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$131,505.44** |
|---|---|---|---|
| | **U.S. Small Business Admin**<br>**US SBA Denver Finance Center**<br>**721 19th Street**<br>**Denver, CO 80202** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** business loan | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,996.04** |
|---|---|---|---|
| | **United Rental, Inc.**<br>**10330 David Taylor Drive**<br>**Charlotte, NC 28262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** equipment rental | |
| | Last 4 digits of account number **9197** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|
| | **Upson Family Medical Center**<br>**801 W Gordon Street**<br>**Thomaston, GA 30286** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** account payable | |
| | Last 4 digits of account number **SOUTH CLEAR** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,577.16** |
|---|---|---|---|
| | **VFS Leasing Co.**<br>**PO Box 26131**<br>**Greensboro, NC 27402** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Southern Clearing & Grinding, Inc**
_____    Case number *(if known)* _____
Name

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$57,845.68** |

**Wex Bank**
**c/o J. David Stuart, Esq.**
**1825 Barrett Lakes Blvd**
**Suite 500**
**Kennesaw, GA 30144**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Merchant cash advance__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10,717.48** |

**Yancey Bros. Co**
**c/o Todd E. Hatcher Esq.**
**49 Atlanta Street**
**Marietta, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Judgment__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **1,217,668.58** |
| 5c. Total of Parts 1 and 2 <br> Lines 5a + 5b = 5c. | 5c. | $ | **1,217,668.58** |

**Fill in this information to identify the case:**

Debtor name    **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          **12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*        *Property*
    (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.**   State what the contract or lease is for and the nature of the debtor's interest    **Master Lease dated September 19, 2019 2020 Ford F150 Account #3254 2020 Ford F250 Account #2137 2020 Ford F150 Account #3231 2020 Ford F250 Account #8835 2020 Ford F250 Account #3285** | |
| State the term remaining | |
| List the contract number of any government contract | **Ford Cedit Co. PO Box 650575 Dallas, TX 75265** |

**Fill in this information to identify the case:**

Debtor name    **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Frederick Harp** | **299 Franklindale Road<br>Thomaston, GA 30286** | **Wex Bank** | ☐ D _____<br>■ E/F __3.40__<br>☐ G _____ |
| 2.2 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601<br>Jensen Beach, FL 34957** | **Synovus Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601<br>Jensen Beach, FL 34957** | **John Deere Financial** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601<br>Jensen Beach, FL 34957** | **North Mill Credit Trust** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601<br>Jensen Beach, FL 34957** | **Imperial Advance** | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

| Debtor | **Southern Clearing & Grinding, Inc** | Case number *(if known)* | |

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **Everday Funding Group, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.7 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **Jose Garcia** | ☐ D _____<br>■ E/F __3.21__<br>☐ G _____ |
| 2.8 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **Ascentium Capital LLC** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.9 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **Channel Partners Capital LLC** | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.10 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **EBF Partners, LLC** | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.11 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **On Deck Capital, Inc.** | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.12 | **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601 Jensen Beach, FL 34957** | **Ford Cedit Co.** | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |

**Fill in this information to identify the case:**

Debtor name   **Southern Clearing & Grinding, Inc**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                 04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$407,521.00** |
   | **For prior year:** From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$2,708,621.17** |
   | **For year before that:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$3,448,007.91** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
   |---|---|---|---|

Debtor   **Southern Clearing & Grinding, Inc** _____   Case number (if known) _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|
| 3.1. **Ford Credit** | 3/13/23 | $11,810.81 | ■ Secured debt
☐ Unsecured loan repayments
☐ Suppliers or vendors
☐ Services
■ Other **Master Lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address
Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Shane Dinkins
1820 NE Jensen Beach Blvd, PMB 601
Jensen Beach, FL 34957
President** | 4/2023 | $63,000.00 | **back wages** |
| 4.2. **Ashley Harris
1820 NE Jensen Beach Blvd, PMB 601
Jensen Beach, FL 34957
President's Spouse** | 4/2023 | $53,221.00 | **reimbursements owed** |

5. **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **Synovus Bank
125 W. Romana Street
Bessemer, AL 35020** | debited bank account
Last 4 digits of account number: ___2222___ | 2/1/2023 | $15,851.62 |

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title
Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Southern Clearing & Grinding, Inc**           Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Jose Garcia vs. Southern Clearing & Grinding, Inc.**<br>**18VO2238** | **Personal injury** | **Superior Court of Upson County, GA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Rock Springs Church** | **Tithing** | **4/20/21;<br>4/27/21; 5/4/21;<br>5/11/21; 5/18/21** | **$2,000.00** |
| | Recipients relationship to debtor<br>**none** | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Southern Clearing & Grinding, Inc**                            Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Paul Reece Marr, PC** <br> **6075 Barfield Road** <br> **Atlanta, GA 30328** | | **9/7/22;** <br> **11/8/22;** <br> **1/18/23** | **$3,000.00** |
| | **Email or website address** <br> **paul.marr@marrlegal.com** | | | |
| | **Who made the payment, if not debtor?** <br> **Debtor** | | | |
| 11.2. | **BransonLaw, PLLC** <br> **1501 E. Concord Street** <br> **Orlando, FL 32803** | **Attorney Fees** | **3/10/2023** <br> **and 4/18/23** | **$28,500.00** |
| | **Email or website address** <br> **jeff@bransonlaw.com** | | | |
| | **Who made the payment, if not debtor?** <br> **Debtor** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **298 Franklindale Road** <br> **Thomaston, GA 30286** | **2019 to 2023** |

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor   **Southern Clearing & Grinding, Inc**   Case number *(if known)* _____

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:   Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **401K plan** | EIN:  **282413** |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor    **Southern Clearing & Grinding, Inc**_____    Case number _(if known)_ _____

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |

For the purpose of Part 12, the following definitions apply:

_Environmental law_ means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

_Site_ means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

_Hazardous material_ means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor  **Southern Clearing & Grinding, Inc**                     Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Ashley Harris, Office Manager SCF**<br>**1820 NE Jensen Beach Blvd**<br>**PMB 603**<br>**Jensen Beach, FL 34957** | **2020- Current** |
| 26a.2.  **Ann E. Ballentine**<br>**Ballantine Eardley, Inc.**<br>**1225 Johnson Ferry Rd, Ste 360**<br>**Marietta, GA 30068** | **12/7/21 to 3/17/22** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Brooks McGinnis &  Company**<br>**Tiffany Orr**<br>**Two Premier Plaza**<br>**5607 Glenirdge Dr., Ste 650** | **3/17/22 to 9/23/22** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Davidson & Associates**<br>**Timothy R. Davison CPA** | **11/10/22 to 3/23/23** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.  **Ferraro & Ferraro**<br>**3601 S.E. Ocean Blvd, Ste 005**<br>**Stuart, FL 34996** | **3/23/23 to Current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Synovus Managed Assets & Recovery**<br>**125 West Romana Street, Ste 102**<br>**Pensacola, FL 32502** |

### 27. Inventories
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

Debtor   **Southern Clearing & Grinding, Inc** _____   Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| **Shane Dinkins** | **1820 NE Jensen Beach Blvd, PMB 601**<br>**Jensen Beach, FL 34957** | **President, Vice President & Treasurer** | **100%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | **Shane Dinkins**<br>**1820 NE Jensen Beach Blvd, PMB 601**<br>**Jensen Beach, FL 34957** | **$251,000.00 and 401K matching** | **4/18/22 to 4/18/23** | **Services provided** |
| | Relationship to debtor<br>**President** | | | |
| 30.2. | **Ashley Harris**<br>**1820 NE Jensen Beach Blvd, PMB 601**<br>**Jensen Beach, FL 34957** | **$41,000.00 (wages)**<br>**$53,221.00 (reimbursements)**<br>**401K matching** | **4/18/22 to 4/18/23** | **Services provided** |
| | Relationship to debtor<br>**President's Spouse** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|-------------------------------|---------------------------------------------------------|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|--------------------------|---------------------------------------------------|
| | |

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor    **Southern Clearing & Grinding, Inc**_____    Case number *(if known)*_____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 21, 2023**_____

**/s/ Shane Dinkins**_____    **Shane Dinkins**_____
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Florida

In re **Southern Clearing & Grinding, Inc** _____   Case No. _____

Debtor(s)   Chapter   **11** _____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **April 21, 2023** _____   Signature   **/s/ Shane Dinkins** _____

**Shane Dinkins**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Florida

In re    **Southern Clearing & Grinding, Inc**_____    Case No. _____

_____    Chapter    **11**_____

Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.


Date:  **April 21, 2023**_____    **/s/ Shane Dinkins**_____

**Shane Dinkins**/**President**
Signer/Title

Southern Clearing & Grinding, Inc
1820 NE Jensen Beach Blvd, PMB 601
Jensen Beach, FL 34957

Channel Partners Capital LLC
Attn. Jill Fleck Manager
11100 Wayzata Blvd Ste 305
Hopkins, MN 55305-5537

Gish Oil Company
PO Box 158
Valdosta, GA 31603

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Dame Law
Amy K. Weber, Esq.
1867 Independence Square
Square 201
Atlanta, GA 30338

Great Lakes Petroleum Co.
4500 Renaissance Pkwy
Cleveland, OH 44128

AAA
7810 North Main Street
Jonesboro, GA 30236

EBF Partners, LLC
d/a/a Everest Business Fund
8200 N.W. 52nd Terrace
Suite 200
Miami, FL 33166

Ham's NAPA
PO Box 1155
Forsyth, GA 31029

American Express
Becket and Lee
Po Box 3001
Malvern, PA 19355-0701

Everday Funding Group, LLC
821 Franklin Avenue
2nd Floor
Garden City, NY 11530

Imperial Advance
247 W 36th Street
New York, NY 10018

Amerisure
26777 Halsted Road
Farmington, MI 48331-3586

FAE USA Inc
Giorgio Carera, CEO
5321 Rafe Banks Dr.
Flowery Branch, GA 30542

J & R Tire, Inc.
360 Bohannon Rd.
Fairburn, GA 30213

Ascentium Capital LLC
23970 Hwy 59 N
Kingwood, TX 77339

Fastenal Company
2001 Theurer Blvd.
Winona, MN 55987

JB Harris Transport LLC
PO Box 73409
Newnan, GA 30271

Bandit Industries, inc.
Eric Sanko
6750 Millbrook Road
Remus, MI 49340

Ford Cedit Co.
PO Box 650575
Dallas, TX 75265

John Deere Financial
JD1025
PO Box 6600
Johnston, IA 50131-6600

Barco Rent-A-Truck
717 S 5600 W
Salt Lake City, UT 84104

Frederick Harp
299 Franklindale Road
Thomaston, GA 30286

Jose Garcia
c/o Robert S. Register, Esq
4200 Northside Parkway, NW
Bldg 1, Ste 100
Atlanta, GA 30327

Border Equipment
G J & L, Inc.
2804 Wylds Road
Augusta, GA 30909

Gay Oil Company, Inc.
The Tillery Firm, P.C.
404 Durden Street
Vidalia, GA 30474

Mack Salter
d/b/a CHS Enterprises
100 Success Drive
Thomaston, GA 30286

McGriff Insurance Services
c/o Truist Bankruptcy Sect
PO Box 1847, 100-50-01-51
Wilson, NC 27894

NextTraq LLC
1200 Lake Hern Drive
Suite 500
Atlanta, GA 30319

North Mill Credit Trust
81 Throckmorton Avenue
Ste 203
Mill Valley, CA 94941

North Mill Credit Trust
c/o NMEF Funding III, LLC
PO Box 784752
Philadelphia, PA 19178

On Deck Capital, Inc.
On Deck Client Serv Center
4201 Wilson Blvd
Ste 110-209
Arlington, VA 22203

PNC Bank
655 Business Center Drive
Horsham, PA 19044

ProGrind Industries
3665 Old Dalton Rd NE
Rome, GA 30165

Quality Saw Works Inc.
PO Box 156
Milan, GA 31060

Richardson Service 1991
PO Box 1149
Conway, SC 29528

Shane Dinkins
1820 NE Jensen Beach Blvd, PMB 601
Jensen Beach, FL 34957

Smith, Adcock & Co Atlanta
6120 Powers Ferry Rd. NW
Suite 250
Atlanta, GA 30339

Sunbelt Rentals Inc.
1275 W Mound Street
Columbus, OH 43223

Synovus Bank
125 W. Romana Street
Bessemer, AL 35020

Synovus Bank
Larry Strain
125 West Romana Street
Pensacola, FL 32502

Thompson Oil
PO Box 981
Washington, GA 30673

Triple H Transport Inc.
c/o Roy E Manoll III
2500 Daniell's Bridge Rd
Bldg 200 #3A
Athens, GA 30606

U.S. Small Business Admin
US SBA Denver Finance Center
721 19th Street
Denver, CO 80202

United Rental, Inc.
10330 David Taylor Drive
Charlotte, NC 28262

Upson County Tax Comm.
Andy Chastain
106 E Lee Street
Thomaston, GA 30286

Upson Family Medical Center
801 W Gordon Street
Thomaston, GA 30286

VFS Leasing Co.
PO Box 26131
Greensboro, NC 27402

Wex Bank
c/o J. David Stuart, Esq.
1825 Barrett Lakes Blvd
Suite 500
Kennesaw, GA 30144

Yancey Bros. Co
c/o Todd E. Hatcher Esq.
49 Atlanta Street
Marietta, GA 30060

# United States Bankruptcy Court
## Middle District of Florida

In re   __Southern Clearing & Grinding, Inc__

Debtor(s)

Case No. _____

Chapter   __11__

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Southern Clearing & Grinding, Inc__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__April 21, 2023__

Date

__/s/ Jeffrey S. Ainsworth__

__Jeffrey S. Ainsworth 060769__

Signature of Attorney or Litigant

Counsel for   __Southern Clearing & Grinding, Inc__

__BransonLaw, PLLC__
__1501 E. Concord Street__
__Orlando, FL 32803__
__407 894 6834 Fax:407 894 8559__
__jeff@bransonlaw.com__